**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

STATE OF WASHINGTON, et al.,

                 Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT, et al.,

                 Defendants.

C.A. No. 1:26-cv-00439-MSM-AEM

**STIPULATION FOR SCHEDULING ORDER
AND TO WAIVE STATEMENTS OF UNDISPUTED FACTS**

Plaintiffs and Defendants jointly move the Court for entry of a scheduling order that will govern consolidated briefing on Plaintiffs' motion for preliminary relief and the Parties' cross-motions for summary judgment, and for related relief outlined below. Plaintiffs filed this action on July 7, 2026, to challenge the Department of Housing and Urban Development's FY 2026 notice of funding opportunity (NOFO) for the Continuum of Care program. ECF No. 1. Plaintiffs intend to file a Motion for Preliminary Injunction and seek expedited summary judgment.

Given Plaintiffs' need for expedited relief, the Parties' mutual interest in obtaining prompt final resolution of this matter, and the efficiency gained because the same schedule is stipulated to in *National Alliance to End Homelessness v. United States Department of Housing and Urban Development*, C.A. No. 1:26-cv-00436-MSM-AEM (D.R.I.), the parties jointly propose consolidating briefing on Plaintiffs' motion for preliminary relief with briefing on partial summary judgment, and propose an expedited schedule that will make it possible for the Court to rule by August 10, 2026.

1

In particular, the parties respectfully request that the Court enter an order providing that:

1. Defendants will produce the administrative record and file the certification and index by July 13, 2026.

2. Plaintiffs will file a consolidated motion seeking partial summary judgment or, in the alternative, preliminary relief by July 17, 2026.

3. Defendants will file a response to Plaintiffs' motion, and any cross-motion for partial summary judgment, by July 24, 2026. Defendants may file consolidated motions and oppositions in this action and *National Alliance to End Homelessness v. U.S. Department of Housing and Urban Development*, C.A. No. 1:26-cv-00436-MSM-AEM (D.R.I.).

4. Plaintiffs will file a reply and response to any cross-motion by July 31, 2026.

5. In light of the foregoing, the parties move to be relieved of all other pending case management and pre-trial obligations, including exchanging initial disclosures and filing a discovery plan under Federal Rule of Civil Procedure 26(f), and that Defendants not be required to respond to the Complaint under Federal Rule of Civil Procedure 12, pending the Court's order on the cross-motions for partial summary judgment.

6. Given that this case presents claims under the Administrative Procedure Act, the parties further move the Court to waive the requirement that the parties submit Statements of Undisputed Facts and responses thereto pursuant to Local Rule 56(a) in conjunction with their respective motions for summary judgment.

2

DATED this 9th day of July 2026.

Respectfully submitted,

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES
ALIANA KNOEPFLER
ZANE MULLER
Assistant Attorneys General
CRISTINA SEPE
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
Andrew.Hughes@atg.wa.gov
Aliana.Knoepfler@atg.wa.gov
Zane.Muller@atg.wa.gov
Cristina.Sepe@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Jordan G. Mickman*
KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Special Assistant Attorney General
LEONARD GIARRANO IV (RI Bar No. 10731)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov
Lgiarrano@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**LETITIA JAMES**
Attorney General of New York

*/s/ Stephen C. Thompson*
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
COLLEEN K. FAHERTY
Special Trial Counsel
STEPHEN C. THOMPSON
Special Counsel
VICTORIA OCHOA
Assistant Attorney General
28 Liberty Street
New York, NY 10005
212-416-6183
Rabia.Muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Stephen.Thompson@ag.ny.gov
Victoria.Ochoa@ag.ny.gov
*Attorneys for Plaintiff State of New York*

**BRETT A. SHUMATE**
Assistant Attorney General

**DIANE KELLEHER**
Branch Director

*/s/ Michael Bruns*
Michael Bruns (DC Bar 1613394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
*Counsel for Defendants*