**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | C.A. No. 1:26-cv-00439-MSM-AEM |

**NOTICE OF THE PRODUCTION OF THE ADMINISTRATIVE RECORD**

Defendants hereby provide notice that on July 13, 2026, they, through counsel, transmitted to counsel for Plaintiffs the administrative record for the action challenged under the APA in this action. Attached hereto are the certification of and index to those administrative records

Dated: July 13, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director

*s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*

1