**Index to Defendants' Administrative Record**

*National Alliance to End Homelessness, et al., v. U.S. Department of Housing & Urban Development, et al.,*
**1:26-cv-436-MSM-AEM (D.R.I.)**

| Starting Page | Name |
|---|---|
| HUD-AR-00001 | Memorandum from Robert Marbut, Senior Policy Advisor, to Caitlyn McKenney, Deputy Assistant Secretary for Community Planning & Development's Office of Special Needs, *Homelessness Policy Forums – CoC Program*. |
| HUD-AR-00008 | List of Select CoC Stakeholder Meetings. |
| HUD-AR-00011 | The State of Homelessness in America (PowerPoint presentation, Homelessness Policy Forums). |
| HUD-AR-00019 | Office of Cmty. Planning & Dev., HUD, Summary of Homelessness-Reform Media Coverage. |
| HUD-AR-00037 | U.S. Dep't of Hous. & Urb. Dev., HUD Overhauls Federal Homelessness Assistance (June 1, 2026), https://www.hud.gov/news/hud-no-26-038. |
| HUD-AR-00039 | Memorandum from Caitlyn McKenney, Deputy Assistant Secretary for Community Planning & Development's Office of Special Needs, to Ronnie Kurtz, Assistant Secretary for Community Planning & Development, *Review FY26 CoC NOFO* (June 1, 2026). |
| HUD-AR-00075 | Consolidated Appropriations Act, 2026, Pub. L. No. 119-75, div. D, tit. II, 140 Stat. 173 (Feb. 6, 2026). |
| HUD-AR-00642 | Exec. Order No. 14321, *Ending Crime and Disorder on America's Streets*, 90 Fed. Reg. 35,817 (July 29, 2025). |

| HUD-AR-00646 | Exec. Order No. 14379, *Addressing Addiction Through the Great American Recovery Initiative*, 91 Fed. Reg. 5,081 (Feb. 3, 2026). |
| --- | --- |
| HUD-AR-00649 | Jamie Paige, *Gangs Turn LA's Homeless Encampments into Squalid ATMs – Collecting Rent and Running Open Air Drug Market*, N.Y. Post (May 28, 2026), https://nypost.com/2026/03/01/us-news/gangs-operating-out-of-tents-rvs-on-skid-row-in-los-angeles. |
| HUD-AR-00660 | Dennis Romero & Andrew Blankstein, *'Typhus Zone': Rats, Trash Infest Los Angeles' Skid Row, Fueling Outbreak*, NBC News (Oct. 15, 2018), https://www.nbcnews.com/news/us-news/typhus-zone-rats-trash-infest-los-angeles-skid-row-fueling-n919856. |
| HUD-AR-00664 | Luz Pena, *SF Mayor Signs Legislation for Officers to Arrest Drug Users, Send Them to RESET Center*, ABC7 News (Feb. 17, 2026), https://abc7news.com/post/san-francisco-mayor-signs-legislation-police-sheriff-deputies-arrest-drug-users-send-reset-center/18613975. |
| HUD-AR-00672 | Marisa Kendall, *Gov. Newsom Launches Task Force to Clear CA Homeless Encampments*, CalMatters (Aug. 29, 2025), https://calmatters.org/housing/homelessness/2025/08/newsom-homeless-encampments-task-force. |
| HUD-AR-00676 | Michaela Bourgeois & Anthony Kustura, *Portland Resumes Homeless Camping Ban Enforcement, Focuses on Connecting Portlanders with Shelter*, KOIN 6 News (Oct. 30, 2025), https://www.koin.com/news/portland/portland-resumes-homeless-camping-ban-enforcement-focuses-on-connecting-portlanders-with-shelter. |
| HUD-AR-00686 | Press Release, Anchorage Assembly, *Chair Constant Statement on Homelessness Milestone* (Mar. 3, 2026), |

2

| | https://www.muni.org/Departments/Assembly/PressReleases/Pages/Chair-Constant-Statement-on-Homelessness-Milestone.aspx. |
|---|---|
| HUD-AR-00688 | Dominic Anthony Walsh, *Mayor Whitmire Wants to "End Homelessness" in Houston This Year. The Effort Faces Challenges.*, Hous. Pub. Media (Feb. 28, 2026), https://www.houstonpublicmedia.org/articles/news/city-of-houston/2026/02/28/544667/homeless-houston-mayor-whitmire-policy. |
| HUD-AR-00702 | Stephannie Stokes, *Next Homeless Shelter Village in Wilson's Surge to Be in South Seattle*, Seattle Times (May 7, 2026), https://www.seattletimes.com/seattle-news/homeless/next-homeless-shelter-village-on-wilsons-surge-to-be-in-south-seattle. |
| HUD-AR-00707 | Press Release, Multnomah Cty., *County Investments Add More Than 250 Recovery and Stabilization Beds* (Oct. 28, 2024), https://multco.us/news/county-investments-add-more-250-recovery-and-stabilization-beds. |
| HUD-AR-00713 | Maya Kaufman, Katelyn Cordero & Jason Beeferman, *New York Makes It Easier to Commit People with Severe Mental Illnesses*, POLITICO (May 1, 2025), https://www.politico.com/news/2025/05/01/new-york-makes-it-easier-to-commit-people-with-severe-mental-illnesses-00322145. |
| HUD-AR-00717 | Will James, *Homelessness Continues to Get Worse. Should Seattle, and the U.S., Still Embrace 'Housing First'?*, KUOW (Jan. 8, 2025), https://www.kuow.org/stories/housing-first-seattle-history-homelessness-homeless. |
| HUD-AR-00726 | U.S. Dep't of Hous. & Urb. Dev., NOFO for FY 2024 and FY 2025 Continuum of Care Competition, No. FR-6800-N-25 (July 31, 2024). |
| HUD-AR-00853 | Covenant House International, National Network for Youth & School House Connection, *"To Become the Best Version of Myself"*: Youth- |

| | |
|---|---|
| | *Supportive Transitional Housing Programs as An Essential Resource for Addressing Youth Homelessness* (2021), https://www.covenanthouse.org/sites/default/files/2023-08/Transitional-Housing.pdf. |
| HUD-AR-00890 | Tina Trenkner, *Are Cities' Pledges to End Homelessness Working?*, Governing (Mar. 26, 2012), https://www.governing.com/archive/gov-homelessness-rising-decade-after-pledges-to-end-it.html. |
| HUD-AR-00898 | U.S. Dep't of Hous. & Urb. Dev., *The 2024 Annual Homelessness Assessment Report (AHAR) to Congress: Part 1* (2024). |
| HUD-AR-01015 | U.S. Dep't of Hous. & Urb. Dev*., The 2025 Annual Homelessness Assessment Report (AHAR) to Congress: Part 1* (2026). |
| HUD-AR-01140 | Listserv Message from Office of Cmty. Planning & Dev., HUD, to Subscribers, *Important FY2025 CoC Competition Updates* (July 3, 2025 1:09 PM). |
| HUD-AR-01141 | Office of Policy Dev. & Research, HUD, *Evidence Matters: Transforming Knowledge into Housing and Community Development Policy* (Spring/Summer 2023), https://docs.huduser.gov/archives/portal/sites/default/files/pdf/EM-Newsletter-spring-summer-2023.pdf. |
| HUD-AR-01173 | Yinan Peng et al., *Permanent Supportive Housing with Housing First to Reduce Homelessness and Promote Health Among Homeless Populations with Disability: A Community Guide Systematic Review*, 26 J. Pub. Health Mgmt. & Prac. 404 (2020). |
| HUD-AR-01187 | Jill S. Roncarati et al., *Housing Boston's Chronically Homeless Unsheltered Population: 14-Years Later*, 59 Med. Care S170 (Supp. 2 2021). |

| HUD-AR-01199 | Jack Tsai, Alvin S. Mares & Robert A. Rosenheck, *A Multi-Site Comparison of Supported Housing for Chronically Homeless Adults: "Housing First" Versus "Residential Treatment First"*, 7 Psychol. Serv. 219 (2010). |
| --- | --- |
| HUD-AR-01218 | Todd P. Gilmer et al., *Fidelity to the Housing First Model and Variation in Health Service Use Within Permanent Supportive Housing*, 66 Psychiatric Serv. 1284 (2015). |
| HUD-AR-01225 | *Section 8 Housing Choice Vouchers: Revised Implementation of the HUD-Veterans Affairs Supportive Housing Program*, 89 Fed. Reg. 65,857 (Aug. 13, 2024). |
| HUD-AR-01236 | U.S. Dep't of Hous. & Urb. Dev., *The Family Options Study*, HUD User (2016) https://www.huduser.gov/portal/family_options_study.html. |
| HUD-AR-01985 | Bruce Meyer, *New Research Shows 60% of Historic Homelessness Increase Prompted by Immigration Policy*, Univ. of Chi. Harris Sch. of Pub. Pol'y (May 6, 2025), https://harris.uchicago.edu/news-events/news/new-research-shows-60-historic-homelessness-increase-prompted-immigration-policy. |
| HUD-AR-02012 | Margot Kushel & Tiana Moore, *Toward a New Understanding: The California Statewide Study of People Experiencing Homelessness*, Benioff Homelessness & Housing Initiative (2023), https://homelessness.ucsf.edu/sites/default/files/2026-04/CASPEH_Report_62023_v4.pdf. |
| HUD-AR-02108 | Office of Cmty. Planning & Dev., *HUD, HUD's 2024 Continuum of Care Program Funding Awards* (n.d.), https://files.hudexchange.info/reports/published/CoC_AwardComp_NatlTerrDC_2024.pdf. |

| HUD-AR-02109 | U.S. Dep't of Hous. & Urb. Dev., *The 2022 Annual Homelessness Assessment Report (AHAR) to Congress: Part 2* (2022). |
| --- | --- |
| HUD-AR-02218 | Nat'l Alliance to End Homelessness, *Retooling Transitional Housing: Success Stories* (video) (Aug. 20, 2013), https://endhomelessness.org/resources/videos/retooling-transitional-housing-success-stories/?gad_source=1&gad_campaignid=22810019714&gclid=Cj0KCQjwz9_QBhD_ARIsADnSCfD3rff_GJibnrcfWrSWPwDmlwno09peaD4i1L5OOqCbRk9xK7m02PwaAnKMEALw_wcB. |
| HUD-AR-02223 | Nat'l Alliance to End Homelessness, *Transitional Housing Conversion: A Building Owner's Toolkit* (June 8, 2016), https://endhomelessness.org/resources/toolkits-and-training-materials/transitional-housing-conversion-a-building-owners-toolkit. |
| HUD-AR-02239 | U.S. Dep't of Hous. & Urb. Dev., *List of CoC Eligible Activities*, HUD Exch., https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-eligible-activities/coc-eligible-activities-overview/list-of-coc-eligible-activities (last visited July 9, 2026). |
| HUD-AR-02244 | Nat'l Alliance to End Homelessness, *Rapid Re-Housing: A History and Core Components* (Apr. 22, 2014), https://endhomelessness.org/resource/rapid-re-housing-a-history-and-core-components. |
| HUD-AR-02255 | Nat'l Alliance to End Homelessness, *What is a Continuum of Care?* (Jan. 14, 2010), https://endhomelessness.org/resources/policy-information/what-is-a-continuum-of-care. |
| HUD-AR-02259 | U.S. Dep't of Hous. & Urb. Dev., *Bridging the Gap: Homelessness Policy*, 1 Insight 1 (2011). |

| | |
|---|---|
| HUD-AR-02267 | Scott Turner (@secretaryturner), *Social Safety Nets*, Instagram (Apr. 21, 2025), https://www.instagram.com/secretaryturner/reel/DIufOe8RHe1. |
| HUD-AR-02268 | U.S. Dep't of Hous. & Urb. Dev., *Life After Transitional Housing* (2010), https://www.huduser.gov/portal/publications/pdf/LifeAfterTransition.pdf. |
| HUD-AR-02559 | Office of Cmty. Planning & Dev., HUD, *Program Participants' Eligibility to Move from PSH/RRH To TH* (2024), https://www.hud.gov/sites/default/files/CPD/documents/CoC/PH-to-TH-guidance.pdf. |
| HUD-AR-02562 | U.S. Dep't of Hous. & Urb. Dev., *Category 1: Literally Homeless*, HUD Exch., https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/four-categories/category-1 (last visited July 9, 2026). |
| HUD-AR-02568 | Consolidated Appropriations Act, 2024, Pub. L. 118-42, div. F, tit. II, 138 Stat. 25 (Mar. 9, 2024). |
| HUD-AR-03034 | Nat'l Network to End Domestic Violence, *20th Annual Domestic Violence Counts Report: National Summary* (2026), https://nnedv.org/wp-content/uploads/2026/03/20th-Annual-DV-Counts-Report-National-Summary-FINAL-EN.pdf. |
| HUD-AR-03035 | U.S. Dep't of Just., Off. on Violence Against Women, *30 Years of the Violence Against Women Act: A Legacy and Future of Safety and Justice*, 14 (2025). |
| HUD-AR-03079 | Janey Rountree et al., *Health Conditions Among Unsheltered Adults in the U.S.*, Calif. Pol'y Lab (2025), https://capolicylab.org/wp-content/uploads/2025/11/Health-Conditions-Among-Unsheltered-Adults-in-the-US.pdf. |

| HUD-AR-03089 | Caroline Cawley et al., *Mortality Among People Experiencing Homelessness in San Francisco During the COVID-19 Pandemic*, 5 JAMA Network Open e221870 (2022). |
|---|---|
| HUD-AR-03096 | L.A. Cnty. Dep't of Pub. Health, *Final PEH Report 2026 — Lives Lost: Mortality Trends and Prevention Opportunities for People Experiencing Homelessness in LA County, 2015–2024*, 2 (2026). |
| HUD-AR-03166 | Nat'l Inst. on Drug Abuse, *Drugs, Brains, and Behavior: The Science of Addiction: Treatment and Recovery* (2020), https://nida.nih.gov/publications/drugs-brains-behavior-science-addiction/treatment-recovery. |
| HUD-AR-03170 | Susan Dyer Reynolds, *Housing First, Morgue Second*, The Voice of S.F. (Aug. 28, 2025), https://thevoicesf.org/housing-first-morgue-second. |
| HUD-AR-03175 | Matt Dorsey (@mattdorsey), *Fatal drug overdoses*, X (Jun. 10, 2025 12:36 AM). |
| HUD-AR-03176 | Seattle Off. of City Auditor, *Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach* (2024), https://www.seattle.gov/documents/departments/cityauditor/auditreports/overdoseandcrimeconcentrationsaudit.pdf. |
| HUD-AR-03243 | Marina Gaeta Gazzola et al., *Understanding Overdose Risk and Response in Permanent Supportive Housing: Results of Focus Groups with Tenants, Staff, and Leaders*, 20 Addiction Sci. & Clinical Prac. 91 (2025). |
| HUD-AR-03257 | N.Y.C. Dep't of Health & Mental Hygiene, Epi Data Brief No. 142, *Unintentional Drug Poisoning (Overdose) Deaths in New York City in 2023*, at 9 (2024). |

| HUD-AR-03270 | Jonathan Choe, *Devastating Conditions Inside Plymouth Housing Expose Tragic Reality*, Fix Homelessness (Feb. 23, 2024), https://fixhomelessness.org/2024/devastating-conditions-inside-plymouth-housing-expose-tragic-reality. |
|---|---|
| HUD-AR-03276 | Tara Campbell, *Rogue Nonprofit Workers Set Up Pop-Up Safe Injection Site in San Francisco Tenderloin*, ABC7 San Francisco (Sept. 15, 2020), https://abc7news.com/san-francisco-tenderloin-safe-injection-site-pop-up/6424213. |
| HUD-AR-03282 | N.C. Harm Reduction Coal., *Safer Crack Use*, https://www.nchrc.org/about-2/harm-reduction/crack-use (last visited July 9, 2026). |
| HUD-AR-03289 | Found. for Drug Policy Sols., *Supervised Consumption Sites: Ineffective and Illegal*, at 3 (2026), https://gooddrugpolicy.org/wp-content/uploads/2026/04/SCS-Report-April-2026.pdf. |
| HUD-AR-03302 | Exec. Order No. 14367, *Designating Fentanyl as a Weapon of Mass Destruction*, 90 Fed. Reg. 59,365 (Dec. 18, 2025). |
| HUD-AR-03304 | Substance Abuse & Mental Health Servs. Admin., *Updated Harm Reduction Funding Guidance* (July 23, 2025), https://www.samhsa.gov/sites/default/files/dear-colleague-letter-upated-hr-funding-guidance.pdf. |
| HUD-AR-03307 | Marvin S. Swartz et al., *Assessing Outcomes for Consumers in New York's Assisted Outpatient Treatment Program*, 61 Psychiatric Servs. 976 (2010). |
| HUD-AR-03313 | Nat'l Acads. of Scis., Eng'g, & Med., *An Evaluation of Permanent Supportive Housing Programs for Homeless Individuals*, Project No. PGA-STS-15-01 (2018). |

| | |
|---|---|
| HUD-AR-03540 | Office of Special Needs Assistance Programs, HUD, *Continuum of Care (CoC) System Performance Measures Data Since FY 2015* (Excel data file) (2025), https://files.hudexchange.info/resources/documents/System-Performance-Measures-Data.xlsx. |
| HUD-AR-04746 | Stefani Buhajla, *National Crime Poll*, Cicero Inst. (Oct. 2025), https://ciceroinstitute.org/wp-content/uploads/2025/10/2025-National-Crime-Poll-Report-10-27-2025.pdf. |
| HUD-AR-04758 | *Section 8 Housing Choice Vouchers: Revised Implementation of the HUD-Veterans Affairs Supportive Housing Program*, 89 Fed. Reg. 65,769 (Aug. 13, 2024). |
| HUD-AR-04769 | Marc Cota-Robles, *Westlake Post Office Parking Lot Overrun by Homeless Encampment*, ABC7 Los Angeles (Apr. 2, 2026), ), https://abc7.com/post/los-angeles-post-office-parking-lot-overrun-homeless-encampment/18826260. |
| HUD-AR-04774 | Nina Joudeh and Jamie Paige, *Frightening Reality of California's Homeless Epidemic Laid Bare as Disease Outbreak Could Threaten LA*, N.Y. Post (Jan. 17, 2026), https://nypost.com/2026/01/17/us-news/deadly-bacteria-at-a-bay-area-homeless-encampment-sparks-urgent-calls-for-action. |
| HUD-AR-04783 | Charlie Harger, *"This kid's going to die": Neighbors say 9-year-old abandoned in tent off Aurora. CPS claims he's not in danger*, KIRO (Dec. 19, 2025), https://mynorthwest.com/seattles-morning-news/9-year-old-tent-aurora/4174872. |
| HUD-AR-04795 | Melissa Henry, *'Prostitution, drugs, human trafficking': Colorado Springs Business Owner Calls on Leaders to Address Homelessness Problems*, KKTV (Nov. 7, 2025), https://www.kktv.com/2025/11/08/prostitution- |

| | |
|---|---|
| | drugs-human-trafficking-colorado-springs-business-owner-calls-leaders-address-homelessness-problems. |
| HUD-AR-04803 | Megan Burgasser, *Study Links Adverse Childhood Experiences to Higher Risk of Homelessness*, UC News (May 12, 2025), https://www.uc.edu/news/articles/2025/05/adverse-childhood-experiences-tied-to-higher-homelessness.html. |
| HUD-AR-04806 | Devon Kurtz, *Sex Offenders: An Overlooked but Significant Subpopulation of the Homeless*, Cicero Inst. (Apr. 2024), https://ciceroinstitute.org/wp-content/uploads/2025/05/RSO-Drivers-of-Homelessness-Report-5-5-2025.pdf. |
| HUD-AR-04836 | San Diego Cnty. Dist. Att'y, *DA Shares First-of-Its Kind Crime Data, Proposes Three-Point Plan to Address Intersection of Crime and Homelessness* (Mar. 21, 2022), https://www.sdcda.org/content/MediaRelease/Homeless%20Data%20and%20Plan%20News%20Release%20FINAL%203-21-22.pdf. |
| HUD-AR-04839 | Frank Sumrall, *'Now an Expectation': Volunteer Group Finds Human Remains in Seattle Park*, MyNorthwest (Jan. 9, 2024), https://mynorthwest.com/local/volunteer-group-human-remains-seattle-park-its-now-an-expectation/3947793. |
| HUD-AR-04844 | Makenna Marks, *Open-Air Drug Market in Downtown Portland Hurting Local Businesses*, KPTV FOX 12 Oregon (Nov. 22, 2024), https://www.kptv.com/2024/11/22/open-air-drug-market-downtown-portland-hurting-local-businesses. |
| HUD-AR-04854 | Lyanne Melendez, *San Francisco Eyes New Strategy to Put an End to Drug Markets: Here's What We Know*, ABC7 News Bay Area (Jan. 14, 2026), https://abc7news.com/post/fentanyl-crisis-san-francisco-looks- |

11

| | |
|---|---|
| | bring-expert-drug-market-intervention-strategies-nonprofit-funding/18397189. |
| HUD-AR-04862 | Charles Fain Lehman, *Did Drug Decriminalization Increase OD Deaths?*, The Causal Fallacy (Sept. 29, 2023), https://thecausalfallacy.com/p/did-drug-decriminalization-increase. |
| HUD-AR-04875 | Charles Fain Lehman, *Why Drug Decriminalization Failed*, Public (June 13, 2024), https://www.public.news/p/why-drug-decriminalization-failed. |
| HUD-AR-04880 | Paul Webster and Caleb Jacobs, *Safer KY Act Isn't Cruel. It's a Solution That's Working.*, Courier Journal (Mar. 24, 2026), https://www.courier-journal.com/story/opinion/contributors/2026/03/24/safer-kentucky-act-homelessness-camping-ban-jail-law-enforcement/89199931007/?gnt-cfr=1&gca-cat=p&gca-uir=false&gca-epti=z1188xxp002450n11----l115650c11----e1188xxv003344&gca-ft=142&gca-ds=sophi**.** |
| HUD-AR-04884 | Robbie Sequeira, *Many More Cities Ban Sleeping Outside, Despite a Lack of Shelter Space*, Stateline (Jan. 27, 2025), https://stateline.org/2025/01/27/many-more-cities-ban-sleeping-outside-despite-a-lack-of-shelter-space. |
| HUD-AR-04888 | Devon Kurtz, *With Louisiana Homeless Bill, Democrats Once Again Smear Sensible Policy as Jim Crow*, The Federalist (Apr. 27, 2026), https://thefederalist.com/2026/04/27/with-louisiana-homeless-bill-democrats-once-again-smear-sensible-policy-as-jim-crow. |
| HUD-AR-04899 | Katy McAfee & Ben Thompson, *Austin's Homeless Population Dispersing After 2 Years of Camping Ban Enforcement*, Cmty. Impact (May 25, 2023), https://communityimpact.com/austin/central-austin/city-county/2023/05/25/austins-homeless-population-dispersing-after-2-years-of-camping-ban-enforcement. |

| HUD-AR-04905 | Brief of Amicus Curiae Cicero Institute in Support of Petitioner, *City of Grants Pass v. Johnson*, 603 U.S. 643 (2024) (No. 23-175). |
|---|---|
| HUD-AR-04928 | Bonny Chu, *Horror Video Captures Repeat Offender Allegedly Attacking 75-Year-Old Woman, Gouging Her Eye with Spiked Stick*, Fox News (May 24, 2026), https://www.foxnews.com/us/horror-video-captures-repeat-offender-allegedly-attacking-75-year-old-woman-gouging-her-eye-spiked-stick. |
| HUD-AR-04938 | Univ. of Cincinnati Ctr. For Police Res. & Pol'y, *Assessing the Impact of Co-Responder Team Programs: A Review of Research*, Office of Justice Programs (Mar. 2021), https://78ff2097-07ba-4f47-a7fc-65d0ff6db1b7.filesusr.com/ugd/313296_4a364b2093ed4fb9be28dd6dd977816b.pdf. |
| HUD-AR-04978 | Matthew J. Teti et al., *PROTOCOL: Co-Responding Police-Mental Health Programs and the Impact on Justice and Social Service Outcomes*, 21 Campbell Systematic Reviews e70051 (2025). |
| HUD-AR-04989 | Nat'l League of Cities, *Seattle, WA: Community Response Model* (June 30, 2025), https://www.nlc.org/resource/seattle-wa-community-response-model. |
| HUD-AR-04993 | Listserv Message from Office of Cmty. Planning & Dev., HUD, to Subscribers, *FY 2025 Continuum of Care Competition and YHDP Notice of Funding Opportunity* (Nov. 13, 2025 8:16 PM). |
| HUD-AR-04996 | Aaron Sibarium, *EXCLUSIVE: In Cities Across America, Homeless Services Are Doled Out Based on Race and Sexual Identity*, Wash. Free Beacon (Apr. 29, 2026), https://freebeacon.com/america/exclusive-in-cities-across-america-homeless-services-are-doled-out-based-on-race-and-sexual-identity. |

| HUD-AR-05002 | *History of The Salvation Army*, Salvation Army USA, https://www.salvationarmyusa.org/about-us/our-history (last visited July 9, 2026). |
| --- | --- |
| HUD-AR-05006 | U.S. Dep't of Hous. & Urb. Dev., FY 2026 Continuum of Care Competition and Youth Homelessness Demonstration Program Grants NOFO, No. CPD-2600-DC-0025 (June 1, 2026). |