**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | |
| Plaintiffs, | C.A. No. 1:26-cv-00439-MSM-AEM |
| v. | |
| | DECLARATION OF |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | ALIANA C. KNOEPFLER |
| Defendants. | |

### DECLARATION OF ALIANA C. KNOEPFLER

I, Aliana C. Knoepfler, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of the Fiscal Year 2026 Continuum of Care Competition and Youth Homelessness Demonstration Program Grants NOFO, available at https://files.simpler.grants.gov/opportunities/18c6dc79-e5dd-42e9-aca5-b35c5d26eded/attachments/0ead4b33-e9a1-4934-92b3-65ed41847905/Foa_Content_of_CPD-2600-DC-0025.pdf.

3.      Attached hereto as Exhibit B is a true and correct copy, produced by Defendants' counsel on July 13, 2026 as part of the Administrative Record, of a Memorandum from Caitlyn McKenney, Deputy Assistant Secretary for Community Planning and Development's Office of Special Needs to Ronnie Kurtz, Assistant Secretary for Community Planning and Development, entitled "Review FY26 CoC NOFO."

4.      Attached hereto as Exhibit C is a true and correct copy, produced by Defendants' counsel on July 13, 2026 as part of the Administrative Record, of the article written by Jill S. Roncarati, et al., *Housing Boston's Chronically Homeless Unsheltered Population: 14-Years Later*, Med. Care 59 (Suppl. 2): S170–S174.

5.      Attached hereto as Exhibit D is a true and correct copy, produced by Defendants' counsel on July 13, 2026 as part of the Administrative Record, of the newsletter by Office of Policy Development & Research, HUD, *Evidence Matters: Transforming Knowledge into Housing and Community Development Policy* (Spring/Summer 2023), available at

1

https://docs.huduser.gov/archives/portal/sites/default/files/pdf/EM-Newsletter-spring-summer-2023.pdf.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2026.

/s/ Aliana C. Knoepfler
ALIANA C. KNOEPFLER, WSBA #64738
Assistant Attorney General
Washington State Attorney General's Office

2