AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-00439 |
| U.S. Dep't of Housing and Urban Development, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon                                                                          .

Date:    07/28/2026

*s/Scott Kennedy*

*Attorney's signature*

Scott Kennedy Oregon State Bar # 260337

*Printed name and bar number*

Scott Kennedy
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

*Address*

scott.kennedy@doj.oregon.gov

*E-mail address*

(971) 673-1880

*Telephone number*

(971) 673-5000

*FAX number*