AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00439-MSM-AEM |
| U.S. Dep't of Housing and Urban Development, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Connecticut                                                                        .

Date:     08/03/2026

/s/ Andrew M. Ammirati
*Attorney's signature*

Andrew M. Ammirati (ct30934)
*Printed name and bar number*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

andrew.ammirati@ct.gov
*E-mail address*

(860) 808-5090
*Telephone number*

(860) 808-5384
*FAX number*