# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF WASHINGTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | )  C.A. Nos. 26-cv-436-MSM-AEM |
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, | )  26-cv-439-MSM-AEM |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Memorandum and Order entered on August 7, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered.

It is so ordered.

August 7, 2026                                         By the Court:

                                                      /s/ Hanorah Tyer-Witek
                                                      Clerk of Court