**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>　　　　　　　*Defendants*. | Case No.  26-cv-439-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's August 7, 2026, Order on Plaintiffs' Motion for Summary Judgment (ECF No. 41).


DATED: August 13, 2026

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　BRETT A.  SHUMATE
　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　AMBER RICHER
　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　*/s/ Michael Bruns*
　　　　　　　　　　　　　　MICHAEL BRUNS
　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　michael.bruns@usdoj.gov

　　　　　　　　　　　　　　*Counsel for Defendants*

1

**<u>Certificate of Service</u>**

I hereby certify that, on August 13, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

<u>/s/ Michael Bruns</u>

Michael Bruns

Trial Attorney