# UNITED STATES DISTRICT COURT
*District of Rhode Island*

## CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
## ABBREVIATED ELECTRONIC RECORD

### Case Information

Case Caption: **State of Washington et al.** vs. U.S. Department of Housing and Urban Development et al

District Court Number: **1:26-cv-439-MSM-AEM** Presiding Judge: **Judge McElroy**

Notice of Appeal filed by: **Defendant** Notice of Appeal Number: **43**

Appeal from: **[41] Memorandum and Order**

Other information:

Fee status: **Waived** Pro se case: Yes ☐ No ☑

Emergency or requires expedition: **No** *If yes, reason:*

### Record Information

Motions Pending Yes ☐ No ☑

*If yes, document #*

Other record information:

Related case on Appeal

### Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

/s/ *Viviana Gonzalez Gomez*

Deputy Clerk

Date: **08/13/2026**