AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

State of Washington, et al.
*Plaintiff*
v.
U.S. Dep't of Housing and Urban Development, et al.
*Defendant*

Case No. 1:26-cv-00439

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts .

Date: 10/22/2026

/s/ Hailey L. D'Ambrosio
*Attorney's signature*

Hailey L. D'Ambrosio (Mass. BBO #707331)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Address*

hailey.dambrosio@mass.gov
*E-mail address*

(617) 963-2049
*Telephone number*

*FAX number*